# United States District Court

DISTRICT OF _FILED_ _____CLERKS OFFICE_____

Raul P. GONSALVES,
    Plaintiff

V.

Michael Thompson (Superintendent of MCI Shirley Medium)
    Defendant

Thomas F. Reilly (Attorney General of Massachusetts).

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 05-10618 RCL

I, __Raul P. Gonsalves__ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant      [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:     [X] Yes     [ ] No     (If "No" go to Part 2)

    If "Yes" state the place of your incarceration __MCI Shirley Medium__

    Are you employed at the institution? __yes__    Do you receive any payment from the institution? __yes__

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?     [ ] Yes     [X] No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
    
    Last Employed in the year 2000. Self employed, earned approx. 40 thousand annually.

3. In the past 12 twelve months have your received any money from any of the following sources?

    a. Business, profession or other self-employment    [ ] Yes    [X] No
    b. Rent payments, interest or dividends    [ ] Yes    [X] No
    c. Pensions, annuities or life insurance payments    [ ] Yes    [X] No
    d. Disability or workers compensation payments    [ ] Yes    [X] No
    e. Gifts or inheritances    [X] Yes    [ ] No
    f. Any other sources    [ ] Yes    [X] No

    If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive. Approx. $20 a month from family

4. Do you have **any** cash or checking or savings accounts?   [x] Yes   [ ] No

   If "Yes" state the total amount. $148.86

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   [ ] Yes   [x] No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   Right now, none

I declare under penalty of perjury that the above information is true and correct.

3/8/05               Raul Gonsalves
DATE                 SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 148.86 on account to his/her credit at (name of institution) MCI-Shirley (MED). I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average balance was $ Varies.

3/8/05               Martha Kuvlhanen Clerk IV
DATE                 SIGNATURE OF AUTHORIZED OFFICER  Inmate Accts.

76+77

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20050308 09:23

| | | | | | Page: 1 |
|---|---|---|---|---|---|
| Commit#: | W68842 | | MCI SHIRLEY (MEDIUM) | | |
| Name: | GONSALVES, RAUL, P, | Statement From | 20040901 | | |
| Inst: | MCI SHIRLEY (MEDIUM) | To | 20050308 | | |
| Block: | E-2 | | | | |
| Cell/Bed: | 23 /23B | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period: | $1,223.87 | $1,105.25 | $24.02 | $0.00 |
| 20040901 23:02 | PY - Payroll | 3312661 | | SHI | ~20040815 To 20040821 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040901 23:02 | PY - Payroll | 3312662 | | SHI | ~20040815 To 20040821 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040901 23:03 | PY - Payroll | 3313213 | | SHI | ~20040815 To 20040821~Corrected Payroll 20040718 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040901 23:03 | PY - Payroll | 3313226 | | SHI | ~20040815 To 20040821~Corrected Payroll 20040725 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040901 23:03 | PY - Payroll | 3313239 | | SHI | ~20040815 To 20040821~Corrected Payroll 20040808 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040901 23:03 | PY - Payroll | 3313214 | | SHI | ~20040815 To 20040821~Corrected Payroll 20040718 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040901 23:03 | PY - Payroll | 3313240 | | SHI | ~20040815 To 20040821~Corrected Payroll 20040808 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040901 23:03 | PY - Payroll | 3313227 | | SHI | ~20040815 To 20040821~Corrected Payroll 20040725 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040908 16:50 | IS - Interest | 3338750 | | SHI | | $0.23 | $0.00 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3338751 | | SHI | | $0.00 | $0.00 | $0.04 | $0.00 |
| 20040908 23:02 | PY - Payroll | 3354411 | | SHI | ~20040822 To 20040828 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040908 23:02 | PY - Payroll | 3354412 | | SHI | ~20040822 To 20040828 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040915 23:02 | PY - Payroll | 3384068 | | SHI | ~20040829 To 20040904 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040915 23:02 | PY - Payroll | 3384069 | | SHI | ~20040829 To 20040904 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040922 23:02 | PY - Payroll | 3412574 | | SHI | ~20040905 To 20040911 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040922 23:02 | PY - Payroll | 3412575 | | SHI | ~20040905 To 20040911 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040924 11:59 | CI - Transfer from Club to Inmate A/c | 3420670 | | SHI | ~REFUND 8/27/04~W68842 GONSALVES,RAUL P PERSONAL~HAIRCUT REVENUE - Z3 | $1.50 | $0.00 | $0.00 | $0.00 |
| 20040929 23:03 | PY - Payroll | 3439920 | | SHI | ~20040912 To 20040918 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040929 23:03 | PY - Payroll | 3439921 | | SHI | ~20040912 To 20040918 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040930 08:46 | ML - Mail | 3442912 | | SHI | ~POSTAL# 07137599073~GONSALVES, MARIA,, | $20.00 | $0.00 | $0.00 | $0.00 |
| 20041005 22:30 | CN - Canteen | 3462166 | | SHI | ~Canteen Date : 20041005 | $0.00 | $26.02 | $0.00 | $0.00 |
| 20041006 23:04 | PY - Payroll | 3470820 | | SHI | ~20040919 To 20040925 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20041006 23:04 | PY - Payroll | 3470821 | | SHI | ~20040919 To 20040925 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20041013 16:59 | IS - Interest | 3503938 | | SHI | | $0.25 | $0.00 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3503939 | | SHI | | $0.00 | $0.00 | $0.07 | $0.00 |
| 20041013 23:02 | PY - Payroll | 3517983 | | SHI | ~20040926 To 20041002 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20041013 23:02 | PY - Payroll | 3517984 | | SHI | ~20040926 To 20041002 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20041015 14:30 | IC - Transfer from Inmate to Club A/c | 3528767 | | SHI | ~HAIRCUT~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20050308 09:23

| | | | | | Page: 2 |
|---|---|---|---|---|---|
| Commit# : | W68842 | | MCI SHIRLEY (MEDIUM) | | |
| Name : | GONSALVES, RAUL, P, | | Statement From | 20040901 | |
| Inst : | MCI SHIRLEY (MEDIUM) | | To | 20050308 | |
| Block : | E-2 | | | | |
| Cell/Bed : | 23 /23B | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20041019 22:30 | CN - Canteen | 3539376 | | SHI | ~Canteen Date : 20041019 | $0.00 | $16.96 | $0.00 | $0.00 |
| 20041020 13:53 | IC - Transfer from Inmate to Club A/c | 3544574 | | SHI | ~CLOTHING~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $105.55 | $0.00 | $0.00 |
| 20041020 23:02 | PY - Payroll | 3550216 | | SHI | ~20041003 To 20041009 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20041020 23:02 | PY - Payroll | 3550217 | | SHI | ~20041003 To 20041009 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20041027 23:03 | PY - Payroll | 3580065 | | SHI | ~20041010 To 20041016 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20041027 23:03 | PY - Payroll | 3580066 | | SHI | ~20041010 To 20041016 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20041101 08:13 | ML - Mail | 3592067 | | SHI | ~POSTAL# 07599140414~GONSALVES, MARIA,, | $20.00 | $0.00 | $0.00 | $0.00 |
| 20041101 08:13 | MA - Maintenance and Administration | 3592068 | | SHI | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041103 23:03 | PY - Payroll | 3612938 | | SHI | ~20041017 To 20041023 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20041103 23:03 | PY - Payroll | 3612939 | | SHI | ~20041017 To 20041023 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20041109 22:30 | CN - Canteen | 3640274 | | SHI | ~Canteen Date : 20041109 | $0.00 | $39.36 | $0.00 | $0.00 |
| 20041110 16:47 | IS - Interest | 3649610 | | SHI | | $0.19 | $0.00 | $0.00 | $0.00 |
| 20041110 16:47 | IS - Interest | 3649611 | | SHI | | $0.00 | $0.00 | $0.10 | $0.00 |
| 20041117 23:03 | PY - Payroll | 3693295 | | SHI | ~20041031 To 20041106 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20041117 23:03 | PY - Payroll | 3693713 | | SHI | ~20041031 To 20041106~Corrected Payroll 20041024 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20041117 23:03 | PY - Payroll | 3693296 | | SHI | ~20041031 To 20041106 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20041117 23:03 | PY - Payroll | 3693712 | | SHI | ~20041031 To 20041106~Corrected Payroll 20041024 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20041124 23:03 | PY - Payroll | 3727604 | | SHI | ~20041107 To 20041113 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20041124 23:03 | PY - Payroll | 3727605 | | SHI | ~20041107 To 20041113 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20041126 08:59 | ML - Mail | 3731261 | | SHI | ~POSTAL 07599148795 PO 027220 ~GONSALVES, MARIA,, | $120.00 | $0.00 | $0.00 | $0.00 |
| 20041130 22:30 | CN - Canteen | 3743770 | | SHI | ~Canteen Date : 20041130 | $0.00 | $42.71 | $0.00 | $0.00 |
| 20041207 13:56 | IC - Transfer from Inmate to Club A/c | 3775782 | | SHI | ~PHOTOS~PHOTO - Z13~PHOTO - Z13 | $0.00 | $4.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3782680 | | SHI | | $0.07 | $0.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3782681 | | SHI | | $0.00 | $0.00 | $0.13 | $0.00 |
| 20041208 23:05 | PY - Payroll | 3804100 | | SHI | ~20041121 To 20041127 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20041208 23:05 | PY - Payroll | 3804101 | | SHI | ~20041121 To 20041127 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20041208 23:06 | PY - Payroll | 3804189 | | SHI | ~20041121 To 20041127~Corrected Payroll 20041114 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20041208 23:06 | PY - Payroll | 3804190 | | SHI | ~20041121 To 20041127~Corrected Payroll 20041114 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20041214 22:30 | CN - Canteen | 3829026 | | SHI | ~Canteen Date : 20041214 | $0.00 | $29.16 | $0.00 | $0.00 |
| 20041215 08:37 | ML - Mail | 3829465 | | SHI | ~POSTAL 07780612487 PO 027220 ~GONSALVES, MARIA,, | $20.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

**Date:** 20050308 09:23

Page: 3

| Commit#: | W68842 | | | MCI SHIRLEY (MEDIUM) | | | | |
| Name: | GONSALVES, RAUL, P, | | | Statement From | 20040901 | | | |
| Inst: | MCI SHIRLEY (MEDIUM) | | | To | 20050308 | | | |
| Block: | E-2 | | | | | | | |
| Cell/Bed: | 23 /23B | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20041215 08:37 | MA - Maintenance and Administration | 3829466 | | SHI | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041215 23:04 | PY - Payroll | 3838727 | | SHI | ~20041128 To 20041204 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20041215 23:04 | PY - Payroll | 3838728 | | SHI | ~20041128 To 20041204 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20041228 11:07 | ML - Mail | 3892131 | | SHI | ~POSTAL 07780619654 PO 027220 ~GONSALVES, MARIA, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20041229 23:04 | PY - Payroll | 3908592 | | SHI | ~20041212 To 20041218 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20041229 23:04 | PY - Payroll | 3908674 | | SHI | ~20041212 To 20041218~Corrected Payroll 20041205 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20041229 23:04 | PY - Payroll | 3908675 | | SHI | ~20041212 To 20041218~Corrected Payroll 20041205 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20041229 23:04 | PY - Payroll | 3908593 | | SHI | ~20041212 To 20041218 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20041230 14:52 | IC - Transfer from Inmate to Club A/c | 3914096 | | SHI | ~HAIRCUT~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20050104 22:30 | CN - Canteen | 3926348 | | SHI | ~Canteen Date : 20050104 | $0.00 | $34.16 | $0.00 | $0.00 |
| 20050111 22:30 | CN - Canteen | 3961819 | | SHI | ~Canteen Date : 20050111 | $0.00 | $7.25 | $0.00 | $0.00 |
| 20050112 14:01 | IC - Transfer from Inmate to Club A/c | 3965678 | | SHI | ~CLOTHING~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $36.07 | $0.00 | $0.00 |
| 20050112 23:05 | PY - Payroll | 3972394 | | SHI | ~20041226 To 20050101~Corrected Payroll 20041219 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050112 23:05 | PY - Payroll | 3972395 | | SHI | ~20041226 To 20050101~Corrected Payroll 20041219 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050113 17:06 | IS - Interest | 3983734 | | SHI | | $0.22 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3983735 | | SHI | | $0.00 | $0.00 | $0.17 | $0.00 |
| 20050119 23:06 | PY - Payroll | 4016431 | | SHI | ~20050102 To 20050108 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050119 23:06 | PY - Payroll | 4016602 | | SHI | ~20050102 To 20050108~Corrected Payroll 20041226 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050119 23:06 | PY - Payroll | 4016614 | | SHI | ~20050102 To 20050108~Corrected Payroll 20041219 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050119 23:06 | PY - Payroll | 4016603 | | SHI | ~20050102 To 20050108~Corrected Payroll 20041226 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050119 23:06 | PY - Payroll | 4016432 | | SHI | ~20050102 To 20050108 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050119 23:06 | PY - Payroll | 4016613 | | SHI | ~20050102 To 20050108~Corrected Payroll 20041219 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050126 11:43 | IC - Transfer from Inmate to Club A/c | 4039782 | | SHI | ~PHOTOS~PHOTO - Z13~PHOTO - Z13 | $0.00 | $4.00 | $0.00 | $0.00 |
| 20050126 23:03 | PY - Payroll | 4045663 | | SHI | ~20050109 To 20050115 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050126 23:03 | PY - Payroll | 4045664 | | SHI | ~20050109 To 20050115 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050131 08:14 | ML - Mail | 4057663 | | SHI | ~POSTAL# 07782285431~GONSALVES, MARIA, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050131 08:14 | MA - Maintenance and Administration | 4057664 | | SHI | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050202 23:06 | PY - Payroll | 4078632 | | SHI | ~20050116 To 20050122 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050202 23:06 | PY - Payroll | 4078633 | | SHI | ~20050116 To 20050122 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050207 13:08 | EX - External Disbursement | 4095480 | 476707 | SHI | ~LEGAL AD ~PRISON PEN PALS | $0.00 | $19.95 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20050308 09:23

| | | | | | |
|---|---|---|---|---|---|
| Commit# : | W68842 | | | MCI SHIRLEY (MEDIUM) | Page : 4 |
| Name : | GONSALVES, RAUL, P, | | Statement From | 20040901 | |
| Inst : | MCI SHIRLEY (MEDIUM) | | To | 20050308 | |
| Block : | E-2 | | | | |
| Cell/Bed : | 23 /23B | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050207 13:08 | MA - Maintenance and Administration | 4095481 | | SHI | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050208 07:53 | VC - Voided Check | 4098553 | 476707 | SHI | ~LEGAL AD ~PRISON PEN PALS | $19.95 | $0.00 | $0.00 | $0.00 |
| 20050208 08:34 | EX - External Disbursement | 4099011 | 47720 | SHI | ~LEGAL AD~PRISON PEN PALS | $0.00 | $19.95 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4112799 | | SHI | | $0.13 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4112800 | | SHI | | $0.00 | $0.00 | $0.22 | $0.00 |
| 20050215 22:30 | CN - Canteen | 4150679 | | SHI | ~Canteen Date : 20050215 | $0.00 | $22.41 | $0.00 | $0.00 |
| 20050301 08:32 | ML - Mail | 4206823 | | SHI | ~POSTAL# 07137593965~GONSALVES, MARIA,, | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050301 08:32 | MA - Maintenance and Administration | 4206824 | | SHI | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050302 23:04 | PY - Payroll | 4221954 | | SHI | ~20050213 To 20050219 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050302 23:04 | PY - Payroll | 4222144 | | SHI | ~20050213 To 20050219~Corrected Payroll 20050116 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050302 23:04 | PY - Payroll | 4222178 | | SHI | ~20050213 To 20050219~Corrected Payroll 20050206 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050302 23:04 | PY - Payroll | 4222167 | | SHI | ~20050213 To 20050219~Corrected Payroll 20050130 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050302 23:04 | PY - Payroll | 4222156 | | SHI | ~20050213 To 20050219~Corrected Payroll 20050123 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050302 23:04 | PY - Payroll | 4222145 | | SHI | ~20050213 To 20050219~Corrected Payroll 20050116 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050302 23:04 | PY - Payroll | 4221955 | | SHI | ~20050213 To 20050219 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050302 23:04 | PY - Payroll | 4222155 | | SHI | ~20050213 To 20050219~Corrected Payroll 20050123 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050302 23:04 | PY - Payroll | 4222166 | | SHI | ~20050213 To 20050219~Corrected Payroll 20050130 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050302 23:04 | PY - Payroll | 4222177 | | SHI | ~20050213 To 20050219~Corrected Payroll 20050206 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050304 13:17 | IC - Transfer from Inmate to Club A/c | 4233687 | | SHI | ~HAIRCUT~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| | | | | | | $342.54 | $417.05 | $80.73 | $0.00 |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $44.11 | $104.75 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $44.11 | $104.75 | $0.00 | $0.00 | $0.00 | $0.00 |