UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAUL P. GONSALVES,
   Petitioner

   v.          C.A. No.  05-10618-RCL

MICHAEL THOMPSON,
   Respondent.

ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES

 Having considered the petitioner's counseled Motion for Leave to Proceed In Forma Pauperis under 28 U.S.C. § 1915;

☒ In accordance with Fed. R. Civ. P. 5(e), the clerk filed this Section 2254 petition and assigned it Civil Action No.  05-10618-RCL.

It is ORDERED that:

☐ The application to proceed without prepayment of fees is GRANTED.

☒ It is ORDERED that the application to proceed without prepayment of fees is DENIED for the following reasons:

  Petitioner currently has a balance of $44.11 in his prison personal account, and $104.75 in his prison savings account, for a total balance of $148.86.  In view of this, Petitioner has sufficient funds to pay the $5.00 filing fee.

☒ It is FURTHER ORDERED that petitioner must pay the $5.00 filing fee within thirty (30)  days of the date of this Order, or this action will be subject to dismissal.

SO ORDERED.

 4/22/05             /s/ Reginald C. Lindsay
DATE              REGINALD C. LINDSAY
                UNITED STATES DISTRICT JUDGE