UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Raul GONSALVES,
    Petitioner,

v.

Michael THOMPSON,
    &
Thomas RHILEY,
    Respondents.

No. 05-10618-RCL

## MOTION FOR EXPEDITED DECISION

Now comes the Petitioner, Raul Gonsalves, pro se, and hereby requests this court to hear his case on an expedited basis. The grounds for this motion are that unless the case is briefed, submitted, and decided on an expedited basis, by the time the case requires the Petitioner to respond to the Respondent's pleadings, or the Court decides the case, the Petitioner will be deported and unable to adequately respond. The Petitioner will be deported due to the conviction now being attacked and believed to be obtained in violation of the United States Constitution. It is believed that if the matter is not expedited, the Petitioner will not be able to continue to pursue his claims. The Petitioner's sentence expires in October, 2005.

WHEREFORE, The Petitioner respectfully requests that this case be expedited.

5/16/05

Respectfully Submitted,

*Raul Gonsalves* pro se
Raul Gonsalves W68842
P.O. Box 1218
Shirley, MA 01464

## CERTIFICATE OF SERVICE

I hereby certify that on May 17th, 2005, I caused to be mailed first class mail, postage prepaid, via first class mail, a copy of the Motion to Expedite to:

Michael Thompson, Superintendent MCI Shirley Medium
P.O. Box 1218
Shirley, MA 01464

&

Thomas Rhiley, Attorney General of Mass.
McCormack Blgd., One Ashburton Place
Boston, MA 02108

*Raul Gonsalves*