UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RAUL GONSALVES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-10618-RCL |
| | ) | |
| MICHAEL THOMPSON, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER OF SERVICE

Pursuant to Rule 4 of the Rules Governing Section 2254 Cases, the Clerk of this Court shall serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same, certified mail, to (i) Michael Thompson, Superintendent, MCI Shirley, P.O. Box 1218, Shirley, MA 01464; and (ii) Cathryn Neaves, Chief, Appellate Division, Attorney General for the Commonwealth of Massachusetts, One Ashburton Place, 18th Floor, Boston, MA 02108-1598.

It is further ordered that Respondent shall, within 20 days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus.

SO ORDERED.

 5/27/2005                                  /s/ Reginald C. Lindsay
DATE                                         REGINALD C. LINDSAY
                                             UNITED STATES DISTRICT JUDGE