UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RAUL GONSALVES Petitioner, | ) ) ) ) | |
| v. | ) ) | Civil Action No. 05-10618-RCL |
| MICHAEL THOMPSON Respondent. | ) ) ) ) | |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents listed below have been manually filed with the Court and are available in paper form only:

### RESPONDENT'S SUPPLEMENTAL ANSWER

1. Docket sheets, *Commonwealth v. Raul P. Gonsalves*, BACR1999-48336.

2. Defendant's Brief, *Commonwealth v. Raul P. Gonsalves*, Massachusetts Appeals Court No. 2001-P-428.

3. Commonwealth's Brief, *Commonwealth v. Raul P. Gonsalves*, Massachusetts Appeals Court No. 2001-P-428.

4. *Commonwealth v. Gonsalves*, 56 Mass. App.Ct. 506, 778 N.E.2d 997 (2002).

5. SJC Docket Sheet, *Commonwealth v. Gonsalves*, FAR-13076.

6. Defendant's Application for Leave to Obtain Further Appellate Review, *Commonwealth v. Gonsalves*, FAR-13076.

7. *Commonwealth v. Gonsalves*, 438 Mass. 1105, 782 N.E. 2d 515 (2003), Denial of ALOFAR.

8. Defendant's Brief, *Commonwealth v. Raul P. Gonsalves*, Massachusetts Appeals Court No. 2003-P-981.

9. Defendant's Record Appendix, *Commonwealth v. Raul P. Gonsalves*, Massachusetts Appeals Court No. 2003-P-981.

10. Defendant's Request for Direct Appellate Review, *Commonwealth v. Raul P. Gonsalves*.

11. Commonwealth's Brief, *Commonwealth v. Raul P. Gonsalves*, Massachusetts Appeals Court No. 2003-P-981.

12. Defendant's Reply Brief, *Commonwealth v. Raul P. Gonsalves*, Massachusetts Appeals Court No. 2003-P-981.

13. *Commonwealth v. Gonsalves*, 62 Mass.App.Ct.1109, 817 N.E.2d 339 (2004).

14. Defendant's Application for Leave to Obtain Further Appellate Review, *Commonwealth v. Gonsalves*, FAR-14483.

15. Defendant's Record Appendix, *Commonwealth v. Gonsalves*, FAR-14483.

16. Commonwealth's Opposition to the Defendant's Application for Leave to Obtain Further Appellate Review, *Commonwealth v. Gonsalves*, FAR-14483.

17. SJC Docket Sheet, *Commonwealth v. Gonsalves*, FAR-14483.

18. *Commonwealth v. Gonsalves*, 443 Mass. 1105, 823 N.E.2d 782 (2005), Denial of ALOFAR.

19. *Commonwealth v. Gonsalves*, 442 Mass. 1016, 812 N.E.2d 262 (2004).

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | THOMAS F. REILLY<br>Attorney General |
|  | /s/ Eva M. Badway<br>Eva M. Badway<br>Assistant Attorney General<br>Criminal Bureau<br>One Ashburton Place<br>Boston, Massachusetts 02108<br>(617) 727-2200, ext. 2824 |
| Dated: June 22, 2005 | BBO # 635431 |

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 22, 2005, I caused a copy of the above Notice of Filing With Clerk's Office to be served by first-class mail, postage prepaid, upon Raul Gonsalves, *pro se*, MCI-Shirley, P.O. Box 1218, Shirley, Massachusetts 01464.

/s/ Eva M. Badway
Eva M. Badway