UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
05-10618-RCL

Raul P. Gonsalves,
    Petitioner,

V.

Michael Thompson,
    Respondent.

### Motion for Addition Service of All Papers to be Served on the Petitioner's Power of Attorney

    Petitioner, Raul P. Gonsalves, hereby requests that all papers, decisions, etc., in the above referance case be served on Susan Lodico, at 18 Seacoast Shores Blvd., East Falmouth, Massachusetts 02536.

    As reasons therefore;

    The Petitioner completes his sentence on October 8th, 2005, and on October 11th, 2005, he will be released to Immigration authorities. (See Attachment A). Soon after he is in Immigration custody it is believed that he will be deported to Portugal. The petitioner has no address in Portugal and has no idea where he will live. The basis for his deportation is the conviction now being attacked. Mrs. Lodico (power of attorney) is the petitoner's main contact in the U.S. and the petitioner's only way of knowing the status of his case.

    Based on the foregoing arguments the petitoner prays that all papers, decisions, etc., be served on the petitoner's power of attorney and the petitoner.

Respectfully Submitted,

Dated: 9-28-05

Raul Gonsalves

## CERTIFICATE OF SERVICE

I hereby certify that on September 28th, 2005, I caused to be served by first-class mail, postage prepaid, a copy of MOTION FOR ADDITIONAL SERVICE OF ALL PAPERS ON THE PETITIONER"S POWER OF ATTORNEY, upon the respondent's attorney of record, ASS. Eva M. Badway, Assistant Attorney General, Criminal Bureau, One Ashburton Place, Boston, Massachusetts 02108, by placing such in the institutional mail box.

*Raul Gonsalves*
Raul P. Gonsalves W68842
P.O. Box 1218
Shirley, MA 01464

# Attachment A

Raul Gonsalves W68842
E2- 23B

September 20th, 2005

Arsenault, Roselle
Records Department
MCI Shirley Medium

RE: **Deduction From Sentence**

Dear Ms. Arsenault,

Please be advised that I have officially earned the presumptive good time for months 6, 7, 8, & 9.

Thank you for your time and assistance in this regard.

Sincerely,

*Raul Gonsalves*
Raul Gonsalves

---

Raul,
your Release has been signed off for Oct. 8th. You will be picked up by INS on Oct 11. INS does not pick up on Holidays or Weekends.

Records

# Attachment B

## DURABLE POWER OF ATTORNEY

**Know All Men by These Presents,** that I Raul P. Gonsalves, of the Commonwealth of Massachusetts, do hereby constitute and appoint, Susan Lodico, of 18 Seacoast Shores Blvd., East Falmouth, Massachusetts, to be my true, sufficient, and lawfull attorney, for me and in my name and for my use to sign, seal, execute, and deliver any and all papers or instruments necessary to assist me in litigating . Specifically in the Federal Court, Case No. 05-10618-RCL, and any other litigation that shall stem from such. This authority conferred shall continue notwithstanding any subsequent disability or incapacity on my part.

*Raul Gonsalves*
Raul Gonsalves

Commonwealth of Massachusetts  )
                                ) SS.
County of Middlesex             )

On this the 31 day of May, 2005, before me, _Daniel Morse_, the undersigned Notary Public, personally appeared _Raul Gonsalves_, proved to me through satisfactory evidence of identity, which was _MA DOC Inmate ID_, to be the person whose name was signed on the preceding document in my presence, and who swore or affirmed to me that the contents of the document are truthfull and accurate to the best of his knowledge and belief.



DANIEL D. MORSE
Notary Public
Commonwealth of Massachusetts
My Commission Expires On
March 7, 2008

_____
Signature of Notary

Place Notary Seal and/or Any Stamp Above