Raul Gonsalves W68842
P.O. Box 1218
Shirley, MA 01464


Federal District Court Pro Bono Project
One Courthouse Way
Boston, MA 02109


RE: Gonsalves v. Thompson, et al, No.05-10618-RCL


Dear Pro Bono Project,

I am writing you in hopes of obtaining assistance in a writ of habeas corpus, pursuant to 28 USC § 2254. I am currently incarcerated at MCI Shirley medium and complete my sentence on October 11th, 2005. I will be released to Immigration authorities due to the conviction and ultimately deported to Portugal. I came to the U.S. back in June of 1972 and have been in this country as a lawful permanent resident since being admitted. All my family is here in the U.S. includung my two sons that mean the world to me.

I filed the writ of habeas corpus in the Federal District Court, pro se and am looking for assistance with the case. It is believed that once I am deported to Portugal that I will Not have acccess to the laws to continue to pursue my claims. Due to the strict Immigration laws, my only means of remaining in the U.S. is to reverse the conviction on the merits which I believe can be done. However, I also believe that without assistance I will not be able to meet time lines and will end up losing my case due to procedural matters and the Court will never reach the merit of my claims. If I lose my case in the Federal District Court and am unable to proceed further due to not knowing the status of my case and therefore being unable to meet the time limits to appeal, I will be barred from entering the U.S. for life and unable to be with my family and sons. This matter is of extreme importance to me.

If you could assist me in this matter it would be very greatly appreciated.


Sincerely,

*Raul Gonsalves*
Raul Gonsalves


If you are unable to respond by the time I complete my sentence (October 11th, 2005) please forward your response to, 18 Seacoast Shores Blvd., East Falmouth, MA 02536. Thank You.