Clerks Office                                          October 13th, 2005
United States District Court
District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, Massachusetts 02210


RE: Gonsalves v. Thompson, 05-10618-RCL


Dear Clerk,

Please be advised that I, Raul Gonsalves, the petitioner in the above - referance case no longer reside at, MCI Shirley medium, P.O. Box 1218, Shirley, MA 01464.

My new address is, Raul Goncalves Unit 8-4 Cell 2, Suffolk County House of Correction, 20 Bradston Street, Boston, MA 02118. Please forward any papers in the above referance case to me at the new address.

Thank you for your time and assistance in this regard.

Sincerely,

_____
Raul Goncalves   Unit 8-4   Cell 2
Suffolk County House of Correction
20 Bradston Street
Boston, Massachusetts 02118




cc: File
    Eva M. Badway, Assistant Attorney General
    Attorney General's Office
    One Ashburton Place
    Boston, MA 02108