UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Raul Gonsalves,                                    No.05-10618-RCL
    Petitioner,
v.
Michael Thompson, et al.,
    Respondent.

### Renewed Motion For Expedited Decision

Now comes the Petitioner, Raul P. Gonsalves, Pro se, and hereby requests this Honorable Court to hear his case on an expedited basis.

This is the Petitioner's second request for expedited decision. Enclosed is a copy of the first request along with the Judge's order denying the Motion WITHOUT PREJUDICE.

The reason for the Petitioner's renewed Motion for Expedited Decision is that he is pro se and has been orderd deported to Portugal on October 27th, 2005. (see enclosed copy of REMOVAL ORDER). Once the Petitioner is removed from the U.S. he will no longer have access to U.S. laws and procedures and will not be able to pursue his claims.

The basis for the Petitoner's deportation is the conviction now being attacked which is believed to be obtained in violation of the 4th, 6th, and 14th Amendments of the United States Constitution.

The Petitoner requests that in the interest of justice this Honorable Court expedite the decision in his case.

Respectfully Submitted,

*Raul Gonsalves*

November 7th, 2005
Raul P. Gonsalves, Pro Se
Bristol County House of Correction
400 Faunce Corner Road
North dartmouth, MA 02747

CERTIFICATE OF SERVICE

I, Raul P. Gonsalves, hereby certify that on November 7th, 2005, I caused to be mailed, a copy of the Motion for Expedited decision to, Eva M. Badway, Assistant Attorney General, Attorney general's Office, One Ashburton Place, Boston, MA 02108, attorney of record for the Respondent, by first class mail, postage prepaid,via first class mail.

*Raul Gonsalves*
Raul P. Gonsalves
Bristol County House of Correction
400 Faunce Corner Road
North dartmouth, MA 02747

```
              UNITED STATES IMMIGRATION COURT
                 JFK FEDERAL BLDG., ROOM 320
                    BOSTON, MA  02203-0002
```

IN THE REMOVAL CASE OF                         CASE NO.: A34-282-192
*S-GONCALVES-PEREIRA, RAUL
RESPONDENT

                              ORDERS

[✓] This is a memorandum of the Court's Decision and Orders entered on
    __10/27/05__. This memorandum is solely for the
    convenience of the parties. The oral or written Findings, Decision
    and Orders is the official opinion in this case. ( ) Both parties
    waived issuance of a formal oral decision in the case.
[✓] The respondent was ordered REMOVED from the United States to
    __Portugal__ ( ) in absentia.
[ ] Respondent's application for VOLUNTARY DEPARTURE was DENIED and
    respondent was ordered removed to _____, in the
    alternative to _____.
[ ] Respondent's application for VOLUNTARY DEPARTURE was GRANTED until
    _____, upon posting a voluntary departure bond in the amount
    of $_____ to INS within five business days from the date of this
    Order, with an alternate Order of removal to _____
    or _____. Respondent shall present to INS within
    ( ) thirty days ( ) sixty days from the date of this Order, all
    necessary travel documents for voluntary departure.
[ ] Respondent's application for ASYLUM was ( ) granted ( ) denied
    ( ) withdrawn with prejudice.
    ( ) subject to the ANNUAL CAP under the INA section 207(a)(5).
    ( ) Respondent knowingly filed a FRIVOLOUS asylum application.
[ ] Respondent's application for WITHHOLDING of removal under INA
    section 241(b)(3) was ( ) granted ( ) denied ( ) withdrawn with
    prejudice.
[ ] Respondent's application for WITHHOLDING of removal under the Torture
    Convention was ( ) granted ( ) denied ( ) withdrawn with prejudice.
[ ] Respondent's application for DEFERRAL of removal under the Torture
    Convention was ( ) granted ( ) denied ( ) withdrawn with prejudice.
[ ] Respondent's application for CANCELLATION of removal under section
    ( ) 203(b) of NACARA, ( ) 240A(a) ( ) 240A(b)(1) ( ) 240A(b)(2)
    of the INA, was ( ) granted ( ) denied ( ) withdrawn with prejudice.
    If granted, it was ordered that the INS issue all appropriate documents
    necessary to give effect to this Order. Respondent ( ) is ( ) is not
    subject to the ANNUAL CAP under INA section 240A(e).
[ ] Respondent's application for a WAIVER under the INA section
    _____ was ( ) granted ( ) denied ( ) withdrawn or
    ( ) other _____. ( ) The conditions imposed by
    INA section 216 on the respondent's permanent resident status were removed.
[ ] Respondent's application for ADJUSTMENT of status under section _____
    of the ( ) INA ( ) NACARA ( ) _____ was
    ( ) granted ( ) denied ( ) withdrawn with prejudice. If granted,
    it was ordered that INS issue all appropriate documents necessary to
    give effect to this Order.

RVG

CASE NUMBER: 34-282-192                           RESPONDENT: *S-GONCALVES-PEREIRA, RAUL

[ ] Respondent's status was RESCINDED pursuant to the INA section 246.
[ ] Respondent's motion to WITHDRAW his application for admission was
    ( ) granted ( ) denied. If the respondent fails to abide by any of
    the conditions directed by the district director of INS, then the
    alternate Order of removal shall become immediately effective without
    further notice or proceedings; the respondent shall be removed from
    the United States to _____.
[ ] Respondent was ADMITTED as a _____ until
    _____. As a condition of admission, the respondent was
    ordered to post a $ _____ bond.
[ ] Case was ( ) TERMINATED ( ) with ( ) without prejudice
    ( ) ADMINISTRATIVELY CLOSED.
[ ] Respondent was orally advised of the LIMITATION on discretionary
    relief and consequences for failure to depart as ordered.
    [ ] If you fail to voluntarily depart when and as required, you shall
    be subject to civil money penalty of at least $1,000, but not more than
    $5,000, and be ineligible for a period of 10 years for any further
    relief under INA sections 240A, 240B, 245, and 248 (INA Section 240B(d)).
    [ ] If you are under a final order of removal, and if you willfully fail
    or refuse to 1) depart when and as required, 2) make timely application
    in good faith for any documents necessary for departure, or 3) present
    yourself for removal at the time and place required, or, if you conspire
    to or take any action designed to prevent or hamper your departure, you
    shall be subject to civil money penalty of up to $500 for each day under
    such violation. (INA section 2740(a)). If you are removable pursuant
    to INA 237(a), then you shall further be fined and/or imprisoned for up
    to 10 years. (INA section 243(a)(1)).
[ ] Other: _____
    _____
    _____

Date: Oct 27, 2005                    _____
                                      LEONARD I. SHAPIRO, Judge

APPEAL: ( ) waived (✓) reserved   by (✓) Respondent ( ) INS ( ) Both
DUE BY: 11/28/05

-------------------------------- CERTIFICATE OF SERVICE --------------------------------
THIS DOCUMENT WAS SERVED BY: [ ] MAIL     [✓] PERSONAL SERVICE
TO: [✓] INS  [✓] ALIEN  [ ] Alien's ATT/REP  [✓] ALIEN c/o Custodial Officer
DATE: 10-27-05  BY: [ ] COURT STAFF  [ ] JUDGE  _____

                                                                        Y2
                                                                        Y2