UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**RAUL GONZALVES**

**V.**                          **CIVIL ACTION NO. 05-10618-RCL**

**MICHAEL THOMPSON**

**JUDGMENT OF DISMISSAL**

LINDSAY, D.J.

In accordance with the Court's Order of <u>November 29, 2005,</u> Judgment is hereby entered as follows: <u>Judgment for the defendant Michael Thompson</u> dismissing this action.

November 30, 2005                                  /s/ Lisa M. Hourihan
                                                   Deputy Clerk