Fr: Raul P. Gonsalves 137741 GC-43
    Bristol County House of Correction
    400 Faunce Corner Road
    North Dartmouth, MA 02747

To: Clerk of Court
    United States District Court
    District of Massachusetts
    United States Courthouse
    1 Courthouse Way, Suite 2300
    Boston, MA 02210

RE: Gonsalves v. Thmpson, et al., 05-10618-RCL

Dear Clerk,

Please provide me with an updated copy of the Docket Entry Sheet in the above referance case.

Your time and assistance is very greatly appreciated.

Sincerely,

_____
Raul P. Gonsalves, pro se

December 14th, 2005

cc; File