UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON, DISTRICT

Raul P. GONSALVES,
    Petitioner,

v.

Michael THOMPSON,
    Respondent.

Case No.05-10618-RCL

## MOTION TO REOPEN

    The Petitioner, Raul P. Gonsalves, hereby requests that this Honorable Court reopen the above referance case pursuant to Fed.R.Civ.P. 60(b) "On motion and upon such terms as are just, the court may relieve a party or a party's representive from a final judgement, order, or proceeding for the following reasons:(1) mistake, inadvertence, surprise, or excusable neglect".

    The First Circuit Court in Rodwell v. Pepe, 324 F.3d 66 (1st Cir. 2003), discussed certain circumstance in which Rule 60(b) may apply, "Say, for instance, that a Federal Judge dismisses a habeas petition because the petitioner fails to respond to a show-cause order--and a subsequent Rule 60(b) motion alleges that the show-cause order was never served on petitioner". 324 F.3d at 70.

    In the instant case the petitioner's habeas petition was dismissed because he failed to respond to an order he never received. The petitioner could not possibly respond to the order entered on 10/24/05 by Judge, Lindsay, because he never received the order.(Docket #25).

    The petitioner's failure to receive the order from the court was through no fault of his own. The petitioner sent the court a letter indicating his change of address on October 31, 2005, (see enclosed copy) notifying the

1

court of his change of address. However, the docket sheet fails to reflect any such letter.

Petitioner filed a motion to have additional papers served on his power of attorney (Susan Lodico, 18 Seacoast Shores Blvd., East Falmouth, MA 02536) which was docketed on 10/04/05 (Docket #22). The petitioner's power of attorney has not and did not receive a copy of the court's order. The reason why the petitoner gave power of attorney to Mrs. Lodico was because of the situation that he is in with Immigration, so that when he is deported he can still attempt to pursue his case by having his power of attorney notify him of any court decision.

The petitioner also filed a Renewed Motion for Expedited decision with the Court from his present address on 11/09/05 (Docket #26) (Bristol County House of Correction).

The docket clearly reflects that the mail was Returned as Undeliverable on 12/13/05 (Docket # between 27 and 28).

The petitoner only learned of the Court's decision after requesting a copy of his docket sheet, which he received on 12/27/05 at the Bristol County House of Correction.

The petitioner is about to be removed from the United States for life due to the conviction he is attacking in the present case. His removal will result in him being taken away from evrything in the world that matters to him. The petitioner would never abondon his claims. He has been in this country since the age of three, has absolutely not ties to his country of origin (Portugal) and barely speaks the language. He also has two sons that are U.S. citizens that mean the world to him. This habeas petition is the petitioner's only chance of remaining home, in the U.S.

It is beleived that the conviction that the petitioner is attacking, which is the basis for his removal, was

Fr: Raul P. Gonsalves   137741            October 31, 2005
    Dartmouth House of Correction
    400 Faunce Corner Road
    North Dartmouth, MA 02747

To: Clerk's Office
    U.S. District Court
    District of Mass.
    John Joseph Moakley Courthouse
    1 Courthouse Way
    Boston, MA 02210

RE: Gonsalves v. Thompson et al., No. 05-10618-RCL

Dear Clerk,

Please be advised that I am no longer at Suffolk County House of Correction. My new address is, Raul Gonsalves #137741-GC-43, Dartmouth House of Correction, 400 Faunce Corner Rd., North Dartmouth, MA 02747.

Please forward any decisions, papers, etc. To the new address.

Thank You,
Raul Gonsalves
Raul Gonsalves, Pro Se
cc: Eva M. Badway, Assistant A.G., One Ashburton Place, Boston, MA 02108

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON, DISTRICT

Raul P. Gonsalves,            case No.05-10618-RCL
    Petitioner,

    v.

Michael Thompson,
    Respondent.

### AFFIDAVIT OF PETITIONER

I, Raul P. Gonsalves, the petitioner in the above referance case hereby state:

1.) I am the petitioner in the above referance case.

2.) I am representing myself in this matter, pro se.

3.) On October 27th, 2005, I was moved out of the Suffolk County House of Correction to Bristol County Hse of Correction.

4.) On October 31, 2005, I mailed a letter to the Federal District Court indicating my new address.

5.) On December 27th, 2005, I received a copy of the docket Entry Sheet which I had requested from the Court.

6.) Upon receiving the Docket Entry Sheet, I noticed that the case was dismissed for failure to respond to a Court order.

7.) I never received any decision from the Court regarding a time to respond or a dismissal, or whether I wished to proceed with the exhausted claims.

Signed under the pains and penalties of perjury on this 28th day of December, 2005,

*Raul Gonsalves*
Raul P. Gonsalves #137741 GC-43
Bristol County Hse of Correction
400 Faunce Corner Road
North Dartmouth, MA 01747

CERTIFICATE OF SERVICE

I, Raul P. Gonsalves, hereby certify that on December 28th, 2005, I mailed a copy of the Motion to Reopen and Affidavit to, Eva M. Badway. Attorney General's Office, One Ashburton Place, Boston, MA 02108-1698, attorney of record for the respondent, Michael Thompson, by placing such in the institutional mail box, via first class mail, postage prepaid.

*Raul Gonsalves*
Raul P. Gonsalves #137741 GC-43
Bristol County Hse Of Correction
400 Faunce Corner Road
North Dartmouth, MA 02747