UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Gonsalves,
    Petitioner,

v.

Thompson,
    respondent.

No. 05-10618-RCL

## NOTICE OF APPEAL

Notice is hereby given that Raul P. Gonsalves, Petitioner in the above-referance matter, hereby appeals to the United States Court of Appeals for the 1st Circuit from an order denying Petitioner's application for writ of Habeas Corpus, enterd in this action on 1/30/06 (Motion to Reopen, pursuant to Fed R. Civ. P. Rule 60(b)).

Dated 2-2-06

Respectfully Submitted,

Raul Gonsalves
Raul P. gonsalves XXXXXXXXX
Bristol County House of Correction
400 Faunce Corner Road
North Dartmouth, MA 02747