United States District Court           Feb. 6, 2006
1 Courthouse Way, Suite 2300
Office of the Clerk
Boston, MA 02210

RE: Application To Proceed Without Prepayment of Fees
    And Affidavit (Gonsalves v. Thompson, 05-10618-RCL)

Dear Clerk,

    Please provide me with an Application To Proceed Without Prepayment Of Fees and Affidavit.

    Your time and assistance is very greatly appreciated.

Sincerely,
Raul Gonsalves, pro se
Raul P. Gonsalves #137741
400 Faunce Corner Rd.
North Dartmouth, MA 02747