U.S. District Court    4-26-06
For The District of Mass.
1 Courthouse Way, Suite 2300
Office of The Clerk
Boston, MA 02210

FILED IN CLERKS OFFICE
2006 MAY -3 P 12 49
U.S. DISTRICT COURT
DISTRICT OF MASS.

RE: Gonsalves v. Thompson, No. 05-10618-RCL

Dear Clerk,

    Please be advised that I am no longer being detained at Bristol County Hse of Correction, 400 Faunce Corner Rd., N. Dartmouth, MA 02747. I am now at:

    Raul P. Gonsalves # 42960
    Plymouth County Correction Facility
    26 Long Pond Road
    Plymouth, MA 02360

    Although my case was already dismissed, I am currently awaiting the Judge's decision on a Certificate of Appealability.

    Your time and assistance is very greatly appreciated.

                                  Sincerely,
                                  Raul Gonsalves
                                  Raul P. Gonsalves # 42960
                                  PCCF
                                  26 Long Pond Rd.
                                  Plymouth, MA 02360