Office of The Clerk
U.S. District Court
District of Mass.
1 Courthouse Way
Boston, MA 02210

5-25-06

FILED
IN CLERKS OFFICE
2006 MAY 30 P 3: 28
U.S. DISTRICT COURT
DISTRICT OF MASS

RE: Gonsalves v. Thompson, No. 05-10618-RCL

Dear Clerk,

Please provide me with a copy of the Docket Entry Sheet in the above referance case.

Your time and assistance is very greatly appreciated.

Sincerely,
Raul Gonsalves
Raul P. Goncalves #42960
PCCF
26 Long Pond Rd.
Plymouth, MA 02360

cc: File