# United States Court of Appeals
## For the First Circuit

No. 06-1384

RAUL P. GONSALVES

Petitioner - Appellant

v.

MICHAEL A. THOMPSON, Superintendent, MCI Shirley

Respondent - Appellee

**ORDER OF COURT**
**Pursuant to 1st Cir. R. 27(d)**
**Entered: June 16, 2006**

Treating appellant's financial affidavit, with attached prison trust account statement, as a motion to proceed on appeal in forma pauperis ("IFP"), we transmit said request to the district court for action in the first instance pursuant to Fed. R. App. P. 24(a)(1). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If appellant is not granted IFP status by the district court, he may file a motion to proceed IFP in this court, provided that he do so in accordance with Fed. R. App. P. 24(a)(5).

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 6/16/06

By the Court:
Richard Cushing Donovan, Clerk

By: __MARGARET CARTER__
Margaret Carter, Chief Deputy Clerk

[Certified copies: Hon. Reginald C. Lindsay and Sarah Thornton, USDC Clerk]

[cc: Raul P. Gonsalves and Eva M. Badway, AAG]

mc

Office of The Clerk                                       6-13-06
United States Court of Appeals
Fo- The First Circuit     2006 JUN 15 A 11:25
1 Courthouse Way, Suite 2500
Boston, MA 02210

**COPY**

**CAP**

RE: Gonsalves v. Thompson, No. 06-1384

**PRO SE**

Dear Clerk,

    Enclosed please find for filing in the above referance matter an Application to Appeal in Forma Pauperis.
    Please file these documents and advise me of any decision in this matter.
    Your time and assistance is very greatly appreciated.

                        Sincerely,
                        Raul Gonsalves
                        Raul P. Gonsalves #42960
                        PCCF
                        26 Long Pond Rd.
                        Plymouth, MA 02360

# Affidavit to Accompany
# Motion for Leave to Appeal in Forma Pauperis

2006 JUN 15 A 11: 23

District Court No. 05-10618-RCL
Appeal No. 06-1384

Gonsalves
v.
Thompson

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)  Signed: Raul Gonsalves | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.  Date: 6-13-06 |

My issues on appeal are: My case in District Court should be reopend pursuant to Rule 60(4) because I never received the Judges order of 10/24/05 and therefore could not respond within the 30 days.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ none | $ N/A | $ none | $ N/A |
| Self-employment | $ none | $ N/A | $ none | $ N/A |
| Income from real property (such as rental income) | $ none | $ N/A | $ none | $ N/A |
| Interest and dividends | $ none | $ N/A | $ none | $ N/A |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ none | $ N/A | $ none | $ N/A |
| Alimony | $ none | $ N/A | $ none | $ N/A |
| Child support | $ none | $ N/A | $ none | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance | $ none | $ N/A | $ none | $ N/A |
| Disability (such as social security, insurance payments) | $ none | $ N/A | $ none | $ N/A |
| Unemployment payments | $ none | $ N/A | $ none | $ N/A |
| Public-assistance (such as welfare) | $ none | $ N/A | $ none | $ N/A |
| Other (specify): See #12 | $ (pg. 5) | $ N/A | $ none | $ N/A |
| Total Monthly income: | $ varies | $ N/A | $ none | $ N/A |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| none | N/A | N/A | N/A |
| none | N/A | N/A | N/A |
| none | N/A | N/A | N/A |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| none | (no spouse) | none | N/A |
| none | N/A | none | N/A |
| none | N/A | none | N/A |

2

4. How much cash do you and your spouse have? $ 114.06

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Inmate Account | | $ 114.06 | $ none |
| none | N/A | $ 0 | $ 0 |
| none | N/A | $ 0 | $ 0 |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | (Value) | Other real estate | (Value) | Motor Vehicle #1 | (Value) |
|---|---|---|---|---|---|
| none | | none | | Make & year: none | |
| none | | none | | Model: none | |
| none | | none | | Registration#: none | |

| Motor Vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: none | | none | | none | |
| Model: none | | none | | none | |
| Registration#: none | | none | | none | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| none | none | none |
| none | none | none |
| none | none | none |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| none | N/A | N/A |
| none | N/A | N/A |
| none | N/A | N/A |

3

4. How much cash do you and your spouse have? $ _114.06_

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Inmate Account | | $ 114.06 | $ none |
| none | N/A | $ 0 | $ 0 |
| none | N/A | $ 0 | $ 0 |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | (Value) | Other real estate | (Value) | Motor Vehicle #1 | (Value) |
|---|---|---|---|---|---|
| none | | none | | Make & year: none | |
| none | | none | | Model: none | |
| none | | none | | Registration#: none | |

| Motor Vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: none | | none | | none | |
| Model: none | | none | | none | |
| Registration#: none | | none | | none | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| none | none | none |
| none | none | none |
| none | none | none |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| none | N/A | N/A |
| none | N/A | N/A |
| none | N/A | N/A |

3

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 0 | $ 0 |
| Are any real estate taxes included? ☐ Yes ☑ No | | |
| Is property insurance included? ☐ Yes ☑ No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ 0 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 0 |
| Food | $ 0 | $ 0 |
| Clothing | $ 0 | $ 0 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 0 | $ 0 |
| Transportation (not including motor vehicle payments) | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in Mortgage payments) | $ 0 | $ 0 |
|    Homeowner's or renter's | $ 0 | $ 0 |
|    Life | $ 0 | $ 0 |
|    Health | $ 0 | $ 0 |
|    Motor Vehicle | $ 0 | $ 0 |
|    Other: none | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): none | $ 0 | $ 0 |
| Installment payments | $ 0 | $ 0 |
|    Motor Vehicle | $ 0 | $ 0 |
|    Credit card (name): none | $ 0 | $ 0 |
|    Department store (name): none | $ 0 | $ 0 |
|    Other: none | $ 0 | $ 0 |

4

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify): none | $ 0 | $ 0 |
| **Total monthly expenses:** | $ 0 | $ 0 |

9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?
☐ Yes ☑ No           If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form? ☐ Yes ☑ No

If yes, how much? $ N/A

If yes, state the attorney's name, address, and telephone number:
_____ N/A _____

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
☐ Yes ☑ No

If yes, how much? $ N/A

If yes, state the person's name, address, and telephone number:
_____ N/A _____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.
I am currently incarcerated and have been since 12/5/00 and therefore have no source of income accept money sent to me from family for canteen and other neccessities.

5

13. State the address of your legal residence.
PCCF, 26 Long Pond Rd.
Plymouth, MA 02360
Your daytime phone number: (_____) none
Your age: 37         Your years of schooling: 9th (GED Later on)



# Plymouth County Correctional Facility

H3-420  
2006 JUN 15 A 11: 25

Account #:     42960  
Account Name:  GONCALVES, RAUL PEREIRA JR  
Account Type:  I    INMATE CANTEEN ACCOUNTS  
SSN:           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         Indigent:  No

## Account History Report

| Post. Date | Post. Time | Type | Trans. # | Ref. # | From/To | Amount | Balance | Booking # | Batch ID |
|---|---|---|---|---|---|---|---|---|---|
| 2006/06/12 | 09:35 | CNTN | 1794403 | 93507 | OID:100179850-ComisaryPurch-Re | -$56.38 | $114.06 | 602028 | Purch20060612091434 |
| 2006/06/05 | 13:06 | CNTN | 1791084 | 92851 | OID:100178245-ComisaryPurch-Re | -$17.95 | $170.44 | 602028 | Purch20060605124735 |
| 2006/05/31 | 10:13 | DPMO | 1788757 | 8135400712 | MARIA GONCALVES | $50.00 | $188.39 | 602028 | MAIL5/31/06 |
| 2006/05/22 | 13:44 | CNTN | 1784198 | 91832 | OID:100176286-ComisaryPurch-Re | -$15.93 | $138.39 | 602028 | Purch20060522133041 |
| 2006/05/15 | 13:06 | CNTN | 1780636 | 91264 | OID:100175008-ComisaryPurch-Re | -$15.82 | $154.32 | 602028 | Purch20060515124931 |
| 2006/05/08 | 12:57 | CNTN | 1777015 | 90741 | OID:100174135-ComisaryPurch-Re | -$14.15 | $170.14 | 602028 | Purch20060508124026 |
| 2006/05/01 | 12:50 | CNTN | 1773531 | 90101 | OID:100172537-ComisaryPurch-Re | -$27.64 | $184.29 | 602028 | Purch20060501123451 |
| 2006/04/27 | 10:09 | DPMO | 1771659 | 9794284773 | MARIA GONSALVES | $40.00 | $211.93 | 602028 | MAIL4/27/06 |
| 2006/04/24 | 12:43 | CNTN | 1770123 | 89731 | OID:100172341-ComisaryPurch-Re | -$9.13 | $171.93 | 602028 | Purch20060424122548 |
| 2006/04/18 | 09:43 | CNTN | 1766473 | 89067 | OID:100170518-ComisaryPurch-Re | -$10.72 | $181.06 | 602028 | Purch20060418092614 |
| 2006/04/12 | 10:25 | DPMO | 1764446 | 18905 | BRISTOL CYT. | $191.78 | $191.78 | 602028 | MAIL4/12/06 |