Office of The Clerk
United States District Court
One Courthouse Way, Suite 2300
Boston, MA 02210

FILED
CLERKS OFFICE
2006 A 2:20
U.S. DISTRICT COURT
DISTRICT OF MASS.

8-15-06

RE: Gonsalves v. Thompson, No. 05-10618-RCL

Dear Clerk,

Please be advised that I am no longer being detained at Plymouth County Correctional Facility, 26 Long Pond Road, Plymouth, MA 02360.

Please forward all papers, decisions, etc. to 18 Seacoast Shores Blvd., East Falmouth, MA 02536.

Although my case was dismissed I'm currently awaiting a decision on a Certificate of Appealability.

Your time and assistance is very greatly appreciated.

Sincerely,
Raul Gonsalves
Raul P. Gonsalves
18 Seacoast Shores Blvd.
East Falmouth, MA 02536