Office of The Clerk
U.S. District Court
District of Mass.
1 Courthouse Way, Suite 2300
Boston, MA 02210

Sept. 25, 2006

RE: Gonsalves v. Thompson, No. 05-10618-RCL

Dear Clerk,

I am currently awaiting a decision on a Certificate Of Appealability ("COA") in the above-referance case and have been waiting for awhile now. I am scheduled to be removed from the United States on October 6, 2006, due to the conviction being attacked in the above-referance case. (See enclosed copy of Notice of Intent To Execute Removal Order).

Could you please advise me as to the status of the COA in the above-referance case.

Your time and assistance is very greatly appreciated.

Sincerely,
Raul Gonsalves
Raul Gonsalves
18 Seacoast Shores Blvd.
East Falmouth, MA 02536

No. 06-1293

FILED
CLERK'S OFFICE

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

2006 SEP 28 P 2: 18

U.S. DISTRICT COURT
DISTRICT OF MASS

RAUL GONCALVES-PEREIRA,
A34 282 192,

Petitioner,

v.

ALBERTO R. GONZALES, ATTORNEY GENERAL,

Respondent.

## RESPONDENT'S NOTICE OF INTENT TO EXECUTE REMOVAL ORDER

This is an immigration case in which Raul Goncalves-Pereira ("Petitioner"), a native and citizen of Portugal, petitions for review of a May 18, 2006 order of the Board of Immigration Appeals ("Board") affirming an immigration judge's decision ordering Petitioner removed from the United States on the basis that he is an alien who was convicted of an aggravated felony. Previously, on April 10, 2006, the Court denied Petitioner's motion for a stay of removal. Briefing has now been completed. Respondent hereby gives notice that the Department of Homeland Security, Immigration and Customs Enforcement, has scheduled Petitioner to be removed to

his native country on October 6, 2006. Notice has been served on this day on Petitioner.

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General
        Civil Division

        GREG D. MACK
        Senior Litigation Counsel

        _____
        HILLEL R. SMITH
        Attorney
        Office of Immigration Litigation
        Civil Division
        U.S. Department of Justice
        P.O. Box 878
        Ben Franklin Station
        Washington, D.C. 20044
        (202) 353-4419

Dated: September 15, 2006        Attorneys for Respondent

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September, 2006, I directed that a copy of the **RESPONDENT'S NOTICE OF INTENT TO EXECUTE REMOVAL ORDER** be served on Petitioner, by First Class Mail, to the following address:

>Raul P. Goncalves
>#42960
>Unit H3-420
>Plymouth County Correctional Facility
>26 Long Pond Road
>Plymouth, MA 02360

_____
Hillel R. Smith
Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044